### JULIA FILLMORE HARRIS v. ELLEN GORTON DAVIS

29 So. (2nd) 451                               January Term, 1947
January 28, 1947                               Special Division A
Rehearing denied February 22, 1947
Affirmed.

### JOHN W. LYNCH v. BLANCHE GRAY and J. O. GRAY, husband and wife.

29 So. (2nd) 451                               January Term, 1947
January 31, 1947                                       Division B
Affirmed.

### T. R. COBB v. CHARLES RUE, et ux.

29 So. (2nd) 451                               January Term, 1947
January 31, 1947                                       Division B
Rehearing denied February 6, 1947
Affirmed.

### ELIZABETH KRAFT v. CITY OF FORT LAUDERDALE, a municipal corporation of Florida.

29 So. (2nd) 637                               January Term, 1947
February 4, 1947                               Special Division A
Affirmed.

### CONTINENTAL INSURANCE COMPANY, a corporation, et al., v. A. R. KLEMM, individually, et al.

29 So. (2nd) 451                               January Term, 1947
February 21, 1947                                      Division B
Affirmed.

### ALBERT V. SHAFER v. STATE OF FLORIDA

29 So. (2nd) 637                               January Term, 1947
February 21, 1947                                      Division B
Rehearing denied March 26, 1947
Affirmed.

### N. R. FIELD v. FLORIDA BANK AND TRUST COMPANY AT WEST PALM BEACH, etc., et al.

29 So. (2nd) 637                               January Term, 1947
February 28, 1947                                      Division B
Affirmed.